ACCEPTED
12-13-00278-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
1/7/2015 2:30:49 PM
CATHY LUSK
CLERK



Mark W. Cargill
ATTORNEY AT LAW

Charles L. Cargill
SR. PARALEGAL
SOCIAL SECURITY REPRESENTATIVE

Sheridan Wendele
CLIENT SERVICES

Cheryl Day
CRIMINAL SECRETARY

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
1/7/2015 2:30:49 PM
CATHY S. LUSK
Clerk

January 7, 2015

VIA CERTIFIED MAIL
RETURN RECEIPT REQUESTED
Roderick Creag, Sr.
#01877473
Robertson Unit
12071 FM 3522
Abilene, Texas 79601

RE:     *Roderick Creag, Sr. v. The State of Texas*
        *No.:    12-13-00278-CR, 12-13-00279-CR, and 12-13-00280-CR*

Dear Mr. Creag, Sr.:

Please be advised that the 12th Court of Appeals District of Texas – Tyler, Texas, has Affirmed the lower court's decision on your case by way of a MANDATE and/or written Opinion that was issued on January 6, 2015, and a copy of which is enclosed for your convenience. If you desire to file a Pro Se Petition for Discretionary Review - appeal, you must do so **no later than 30 days after the date of the decision, i.e. February 5 , 2015.**

If you have any questions or concerns, please call and/or notify me by written - correspondence.

Very truly yours,

Cargill & Associates

Mark W. Cargill
MWC/cc

701 N. Elm Street   •   Palestine, Texas 75801   •   Telephone: 903/729-8011   •   Fax: 903/729-5112   •   Email: cargillaw@earthlink.net

# THE STATE OF TEXAS
# MANDATE

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

TO THE 349TH DISTRICT COURT OF HOUSTON COUNTY, GREETING:

Before our Court of Appeals for the 12th Court of Appeals District of Texas, on the 30th day of June, 2014, the cause upon appeal to revise or reverse your judgment between

**RODERICK CREAG, SR.,** Appellant

NO. 12-13-00278-CR; Trial Court No. 12CR-145

Opinion by Brian Hoyle, Justice.

**THE STATE OF TEXAS,** Appellee

was determined; and therein our said Court made its order in these words:

"THIS CAUSE came to be heard on the appellate record and briefs filed herein, and the same being considered, it is the opinion of this court that there was no error in the judgment.

It is therefore ORDERED, ADJUDGED and DECREED that the judgment of the court below be in all things affirmed, and that this decision be certified to the court below for observance."

WHEREAS, WE COMMAND YOU to observe the order of our said Court of Appeals for the Twelfth Court of Appeals District of Texas in this behalf, and in all things have it duly recognized, obeyed, and executed.

WITNESS, THE HONORABLE JAMES T. WORTHEN, Chief Justice of our Court of Appeals for the Twelfth Court of Appeals District, with the Seal thereof affixed, at the City of Tyler, this the 6th day of January, 2015.

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
Chief Deputy Clerk

# THE STATE OF TEXAS
# MANDATE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO THE 349TH DISTRICT COURT OF HOUSTON COUNTY, GREETING:

Before our Court of Appeals for the 12th Court of Appeals District of Texas, on the 30th day of June, 2014, the cause upon appeal to revise or reverse your judgment between

**RODERICK CREAG, SR.,** Appellant

NO. 12-13-00279-CR; Trial Court No. 12CR-146

Opinion by Brian Hoyle, Justice.

**THE STATE OF TEXAS,** Appellee

was determined; and therein our said Court made its order in these words:

"THIS CAUSE came to be heard on the appellate record and briefs filed herein, and the same being considered, it is the opinion of this court that there was no error in the judgment.

It is therefore ORDERED, ADJUDGED and DECREED that the judgment of the court below be in all things affirmed, and that this decision be certified to the court below for observance."

WHEREAS, WE COMMAND YOU to observe the order of our said Court of Appeals for the Twelfth Court of Appeals District of Texas in this behalf, and in all things have it duly recognized, obeyed, and executed.

WITNESS, THE HONORABLE JAMES T. WORTHEN, Chief Justice of our Court of Appeals for the Twelfth Court of Appeals District, with the Seal thereof affixed, at the City of Tyler, this the 6th day of January, 2015.

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
Chief Deputy Clerk

# THE STATE OF TEXAS
# MANDATE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO THE 349TH DISTRICT COURT OF HOUSTON COUNTY, GREETING:

Before our Court of Appeals for the 12th Court of Appeals District of Texas, on the 30th day of June, 2014, the cause upon appeal to revise or reverse your judgment between

**RODERICK CREAG, SR.,** Appellant

NO. 12-13-00280-CR; Trial Court No. 12CR-147

Opinion by Brian Hoyle, Justice.

**THE STATE OF TEXAS,** Appellee

was determined; and therein our said Court made its order in these words:

"THIS CAUSE came to be heard on the appellate record and briefs filed herein, and the same being considered, it is the opinion of this court that there was no error in the judgment.

It is therefore ORDERED, ADJUDGED and DECREED that the judgment of the court below be in all things affirmed, and that this decision be certified to the court below for observance."

WHEREAS, WE COMMAND YOU to observe the order of our said Court of Appeals for the Twelfth Court of Appeals District of Texas in this behalf, and in all things have it duly recognized, obeyed, and executed.

WITNESS, THE HONORABLE JAMES T. WORTHEN, Chief Justice of our Court of Appeals for the Twelfth Court of Appeals District, with the Seal thereof affixed, at the City of Tyler, this the 6th day of January, 2015.

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
Chief Deputy Clerk



CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
SAM GRIFFITH
BRIAN HOYLE

CLERK
CATHY S. LUSK

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

# TWELFTH COURT OF APPEALS

January 6, 2015

Ms. Carolyn Rains
District Clerk
Houston County
P. O. Box 1186
Crockett, TX 75835
* DELIVERED VIA E-MAIL *

**RE:**   Case Number:       12-13-00278-CR, 12-13-00279-CR & 12-13-00280-CR

Trial Court Case Number:    12CR-145, 12CR-146, 12CR-147

**Style:**   Roderick Creag, Sr.
v.
The State of Texas

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above causes. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

CATHY S. LUSK, CLERK

By: *Katrina McClenny*
       Katrina McClenny, Chief Deputy Clerk

CC:   Ms. Donna Gordon Kaspar (DELIVERED VIA E-MAIL)
        Mr. Mark W. Cargill (DELIVERED VIA E-MAIL)

Mandate executed on _____ day of _____, 2015.

Brief explanation of action taken: _____

_____ District/County Clerk

1517 WEST FRONT STREET • SUITE 354 • TYLER, TX 75702 • TEL: 903-593-8471 • FAX: 903-593-2193
*Serving Anderson, Angelina, Cherokee, Gregg, Henderson, Houston, Nacogdoches, Rains, Rusk, Sabine, San Augustine, Shelby, Smith, Trinity, Upshur, Van Zandt and Wood Counties*
www.12thcoa.courts.state.tx.us